## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | Massachusetts | |
|---|---|---|---|
| Name of Movant<br>Vincent A. Lattanzio | Prisoner No.<br>90196-038 | | Case No.<br>93-30017-FHF |
| Place of Confinement<br>USP Canaan, P.O. Box 300, Waymart, PA 18472 | | | |

## 05 - 30152 - MAP

| UNITED STATES OF AMERICA | V. | Vincent A. Lattanzio<br>(name under which convicted) |
|---|---|---|

### MOTION

1. Name and location of court which entered the judgment of conviction under attack    United States District Court for the District of Massachusetts

2. Date of judgment of conviction    April 21, 1995

3. Length of sentence    353 months

4. Nature of offense involved (all counts)    Count 1: conspiracy to interfere with commerce by robbery; Count 2: interference with commerce by robbery; Count 3: bank robbery; Count 4: Use of firearm during crime of violence; Count 6: possession of firearm by felon.

5. What was your plea? (Check one)
   (a) Not guilty    x☐
   (b) Guilty    ☐
   (c) Nolo contendere    ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury    X
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☐    No  x

8. Did you appeal from the judgment of conviction?
   Yes  x    No ☐

9. If you did appeal, answer the following:

   (a) Name of court  United States Court of Appeals for the First Circuit

   (b) Result  Convictions Affirmed, United States v. Procopio, 88 F3d 21

   (c) Date of result  July 9, 1996

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes   X     No  ☐

11. If your answer to 10 was "yes," give the following information:

    (a)  (1) Name of court  United States District Court for the District of Massachusetts

         (2) Nature of proceeding  28 U.S.C. §2255

         (3) Grounds raised  1. the government's "good faith" presentation of its claim for an exception to

         the warrant requirement was false and misleading; 2. the warrant to search Lattanzio's

         apartment was overbroad; 3. Lattanzio's counsel at trial and on appeal was ineffective for

         failing to present these claims in the district court and on appeal.

         (4) Did you receive an evidentiary hearing on your petition, application or motion?
             Yes   ☐     No  x

         (5) Result  Motion denied

         (6) Date of result  January 21, 1999

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court  United States Court of Appeals for the First Circuit

        (2) Name of proceeding  Motion for leave to file second or successive petition

        (3) Grounds raised  That Petitioner's convictions were obtained in violation of his rights under Apprendi v. New

        Jersey, 530 U.S. 466 (2000) and Ring v. Arizona, 122 S.Ct. 2428 (2002).

(4) Did you receive an evidentiary hearing on your petition, application or motion?

    Yes  ☐     No x

(5) Result    The application was denied without prejudice to timely refiling if the Supreme Court makes Apprenci

(6) Date of result    December 26, 2002

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc.    Yes x   No ☐

(2) Second petition, etc.   Yes x   No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not

  Certificate of appealability was denied by both the district court and the court of appeals.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243   (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: The district court sentenced Lattanzio on the basis of facts not charged in the indictment nor found by a jury beyond a reasonable doubt, in violation of Blakely v. Washington and Booker v. United States.

Supporting FACTS (state *briefly* without citing cases or law): Lattanzio's base offense level was enhanced 13 levels from 20 to 33, on findings made by the trial judge by a preponderance of the evidence and his adjusted offense level was enhanced an additional 2 points based on his unconstitutionally enhanced base offense level.

B. Ground two: Lattanzio's sentence of 243 months each on counts 1 through 3 exceed the statutory maximum of 20 years.

Supporting FACTS (state *briefly* without citing cases or law): The maximum penalty for each of the convictions is 20 years, 3 months less than the sentence imposed.

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law):

(5)

AO 243    (Rev. 2/95)

D.  Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:   Ground 12 A was not presented because the legal bases for

this claim were unavailable at the time of Lattanzio's trial, appeal and first 2255 petition.  Ground 12B was not presented

because his attorneys did not notice the factual basis for it.

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes   x      No  ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a)  At preliminary hearing  Kevin G. Murphy, Esq., 115 State Street, Springfield, MA 01103

    (b)  At arraignment and plea    Same

    (c)  At trial  Same

    (d)  At sentencing   Same

AO 243   (Rev. 2/95)

    (e)  On appeal   Same

(f)  In any post-conviction proceeding   John M. Thompson, 83 Randolph Street, Springfield, MA 01108

      Currently of Thompson & Thompson, P.C., 1331 Main Street, Springfield, MA 01103

(g)  On appeal from any adverse ruling in a post-conviction proceeding     Same

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and a approximately the same time?
     Yes    x        No  ☐

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
     Yes    ☐        No  x

(a)  If so, give name and location of court which imposed sentence to be served in the future:     N/A

(b)  Give date and length of the above sentence:     N/A

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
     Yes  ☐     No  x☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
                                    Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_____
            Date

_____
                                    Signature of Movant

%JS 44  (Rev  11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

UNITED STATES

## DEFENDANTS

VINCENT A. LATTANZIO

**(b)**  County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

## 05 - 30152 - MAP

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)
AUSA KEVIN O'REGAN

Attorneys (If Known)  JOHN M. THOMPSON
1331 MAIN STREET  SUITE 320
SPRINGFIELD  MA  01103

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☑ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☑ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☑ 1  Original Proceeding

☐ 2  Removed from State Court

☐ 3  Remanded from Appellate Court

☐ 4  Reinstated or Reopened

☐ 5  Transferred from another district (specify)

☐ 6  Multidistrict Litigation

☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
CONVICTION OR SENTENCE  IN VIOLATION OF LAWS OR CONSTITUTION OF U.S.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☑ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE  FREEDMAN

DOCKET NUMBER  93-30017-FHF

DATE  6/24/05

SIGNATURE OF ATTORNEY OF RECORD
John M. Thompson

## FOR OFFICE USE ONLY

RECEIPT #                AMOUNT                APPLYING IFP                JUDGE                MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)  _UNITED STATES v. VINCENT A. LATTANZIO_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

    I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    II.    195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    \*Also complete AO 120 or AO 121
        740, 790, 791, 820\*, 830\*, 840\*, 850, 890, 892-894, 895, 950.    for patent, trademark or copyright cases

    III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
        315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
        380, 385, 450, 891.

✓    IV.    220, 422, 423, 430, 460, 480, 490, 510, (530) 610, 620, 630, 640, 650, 660,
        690, 810, 861-865, 870, 871, 875, 900.

    V.    150, 152, 153.

# 05 - 30152 - MAP

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_UNITED STATES v. VINCENT A. LATTANZIO    CR. NO. 93-30017-FHF_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ✓    NO

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

    YES    NO ✓

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party? _N/A_

    YES    NO

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES    NO ✓

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ✓    NO

    A.    If yes, in which division do all of the non-governmental parties reside?

    Eastern Division    Central Division    Western Division ✓

    B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

    Eastern Division    Central Division    Western Division

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions) _N/A_

    YES    NO

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _JOHN M. THOMPSON_
ADDRESS _1331 MAIN STREET  SPRINGFIELD MA 01103_
TELEPHONE NO. _413-739-2100_

(CategoryForm.wpd - 5/2/05)

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.