UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT LATTANZIO )<br>    Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>    Respondent ) | Civil No. 05-30152-MAP |

FILED
IN CLERK'S OFFICE

2005 OCT 31  A 11: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

Government's Status Report

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully submits this status report concerning the defendant's Section 2255 motion.

Mr. Lattanzio's counsel, John Thompson, Esq., has informed the government that he will withdraw Mr. Lattanzio's pending Section 2255 motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

by:  /s/ Kevin O'Regan
Kevin O'Regan
Assistant U.S. Attorney

Date: October 31, 2005


Certificate of Service

October 31, 2005

I certify that I caused the foregoing document to be mailed to John Thompson, Esq., 1331 Main Street, Springfield, MA 01103.

/s/ Kevin O'Regan
Kevin O'Regan
Assistant U.S. Attorney