UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


VINCENT LATTANZIO

V.                                                    CA NO   05-30152-MAP

UNITED STATES OF AMERICA


SETTLEMENT ORDER OF DISMISSAL


The Court, having been advised by counsel for the parties that the above-entitled action

has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without

prejudice to the right, upon good cause shown within SIXTY (60) DAYS  to reopen the action if

settlement is not consummated by the parties.


DATED   November 14, 2005


SARA THORNTON
CLERK


                                        /s/Elizabeth A. French
                              BY:  _____
                                        Elizabeth A. French
                                        Deputy Clerk